DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BAKER

No. 202P88.

Case below: 89 N.C. App. 723.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

STATE v. COLVIN

No. 267P88.

Case below: 90 N.C. App. 50.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 June 1988.

STATE v. CRAWFORD

No. 158P88.

Case below: 83 N.C. App. 542.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 June 1988.

STATE v. GREEN

No. 247P88.

Case below: 89 N.C. App. 724.

Motion by Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 30 June 1988. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 June 1988.

STATE v. HILL

No. 178P88.

Case below: 89 N.C. App. 357.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.